| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Illston, Susan Y. | 2. Court or Organization<br><br>U.S. District Court, N.D. Cal. | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge- Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Association of Business Trial Lawyers, Northern California |
| 2. | Custodian | Children's Insurance Policies |
| 3. | Custodian | Children's Annuities |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association— Section of Antitrust Law | 4/10/18-4/15/18 | Washington, DC | Educational seminar or program | Travel, food, and lodging reimbursement |
| 2. | Stanford Law School | 4/25/18-4/26/18 | Palo Alto, CA | Educational seminar or program | Food and lodging reimbursement |
| 3. | American Intellectual Property Law Association | 5/15/18-5/22/18 | Seattle, WA | Educational seminar or program | Travel, food, and lodging reimbursement |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Cards | J |
| 2. | Citibank | Credit Cards | J |
| 3. | Schwab Bank | Credit Cards | J |
| 4. | Wells Fargo | Credit Cards | J |
| 5. | American Express | Credit Cards | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. Schwab Inst'l Rollover IRA | | | | | | | | | |
| 2. Aberdeen Emerging Markets Fund | A | Dividend | K | T | Buy (add'l) | 09/28/18 | J | | |
| 3. Advance Auto Parts | A | Dividend | | | Sold | 03/27/18 | J | | |
| 4. Akre Focus Fund | | None | J | T | | | | | |
| 5. Alphabet, Inc. | | None | K | T | Sold (part) | 07/13/18 | J | D | |
| 6. Capital One | A | Dividend | K | T | Sold (part) | 03/09/18 | J | D | |
| 7. Comcast | A | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 8. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 9. Devon Energy | | None | K | T | Buy (add'l) | 02/27/18 | J | | |
| 10. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 11. Dodge & CDX Income Fund | B | Dividend | L | T | | | | | |
| 12. Dodge & CDX International | | None | K | T | | | | | |
| 13. Facebook | | None | | | Buy | 11/19/18 | J | | |
| 14. | | | | | Sold | 11/26/18 | J | | |
| 15. General Electric | A | Dividend | K | T | Sold (part) | 03/16/18 | J | A | |
| 16. | | | | | Sold (part) | 10/01/18 | J | C | |
| 17. | | | | | Sold (part) | 12/14/18 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Motors | A | Dividend | J | T | Sold (part) | 01/19/18 | J | C | |
| 19. | A | Dividend | | | Sold (part) | 03/27/18 | J | C | |
| 20. | A | Dividend | | | Buy (add'l) | 10/01/18 | J | | |
| 21. Goldman Sachs Group | | None | K | T | Buy | 03/09/18 | K | | |
| 22. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 23. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 24. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 25. GS Bond Fund Inst | A | Dividend | K | T | | | | | |
| 26. Halliburton | A | Dividend | J | T | | | | | |
| 27. Harbor Cap Appreciation Fund | A | Dividend | K | T | | | | | |
| 28. Harbor International Fund | A | Dividend | | | Sold | 12/19/18 | K | A | |
| 29. Ishares Biotech Fund | A | Dividend | K | T | | | | | |
| 30. JPN Int'l Unconstrainted Fund | A | Dividend | K | T | | | | | |
| 31. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 32. Matthews Asia Pacific Fund | B | Dividend | K | T | | | | | |
| 33. Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 34. Metlife | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft | A | Dividend | K | T | Sold (part) | 01/22/18 | J | C | |
| 36. | | | | | Sold (part) | 02/27/18 | K | D | |
| 37. | | | | | Sold (part) | 10/10/18 | J | D | |
| 38. | | | | | Sold (part) | 12/14/18 | J | D | |
| 39. Mylan NV | | None | | | Sold | 01/29/18 | J | | |
| 40. Oaktree Cap. Group | A | Dividend | K | T | | | | | |
| 41. Oracle Corp. | A | Dividend | K | T | Sold (part) | 03/13/18 | J | D | |
| 42. | | | | | Sold (part) | 11/29/18 | J | D | |
| 43. Osterweis Strategic Inc. Fund | B | Dividend | K | T | | | | | |
| 44. Range Resources | | None | | | Sold | 04/03/18 | J | | |
| 45. Schlumberger LTD | A | Dividend | K | T | | | | | |
| 46. Schwab Advisor Standard (Cash) | A | Dividend | K | T | | | | | |
| 47. Schwab St. Treas. | | None | J | T | Buy | 05/31/18 | J | | |
| 48. | | | | | Buy (add'l) | 12/03/18 | K | | |
| 49. Schwab Value Adv. Fund | | None | K | T | Buy | 05/16/18 | K | | |
| 50. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 51. TJX Companies | A | Dividend | | | Sold (part) | 05/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | | Sold | 06/14/18 | K | | |
| 53. Vanguard Energy Fund | A | Dividend | K | T | Buy | 03/15/18 | J | | |
| 54. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 55. Volkswagen | A | Dividend | K | T | Buy | 03/27/18 | J | | |
| 56. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 57. Walt Disney | A | Dividend | K | T | Sold (part) | 03/13/18 | J | D | |
| 58. Weyerhaeuser CD | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 59. Wells Fargo & Co. | B | Dividend | K | T | Sold (part) | 02/27/18 | J | D | |
| 60. | | | | | Sold (part) | 03/09/18 | J | D | |
| 61. II. Schwab One Brokerage Inst'l | | | | | | | | | |
| 62. Akre Focus Fund | | None | | | Sold | 02/26/18 | J | | |
| 63. Allergan Inc. | A | Dividend | J | T | Sold (part) | 04/30/18 | J | D | |
| 64. Alps Alerian MLP | | None | K | T | Buy | 12/31/18 | K | | |
| 65. Apple Computer | A | Dividend | K | T | | | | | |
| 66. Baron Emerg. Mrkt. | A | Dividend | K | T | | | | | |
| 67. CVS Health Corp. | A | Dividend | K | T | Buy | 05/01/18 | J | | |
| 68. | | | | | Buy (add'l) | 10/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 70. First Eagle Gold FD | | None | | | Sold | 09/28/18 | K | | |
| 71. General Motors | A | Dividend | J | T | | | | | |
| 72. Goldman Sachs Group | | None | J | T | Buy | 12/03/18 | J | | |
| 73. GS MLP Energy Infrastructure Fund | A | Dividend | | | Buy (add'l) | 01/11/18 | K | | |
| 74. | | | | | Sold | 12/28/18 | K | | |
| 75. Intel Corp | A | Dividend | J | T | Sold (part) | 07/19/18 | J | D | |
| 76. Ishares Global Timber | | None | K | T | Buy | 12/17/18 | J | | |
| 77. Kinder Morgan Inc. | A | Dividend | K | T | Buy (add'l) | 11/02/18 | J | | |
| 78. Metlife | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 79. Molson Coors Brewing | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 80. Pear Tree Polaris | A | Dividend | K | T | | | | | |
| 81. Qualcomm | A | Dividend | J | T | Sold (part) | 03/15/18 | J | C | |
| 82. | | | | | Sold (part) | 09/19/18 | J | D | |
| 83. Range Resources | | None | | | Sold (part) | 02/23/18 | J | C | |
| 84. | | | | | Sold | 03/16/18 | J | B | |
| 85. Schwab Muni Money Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schwab St. US Treasury | | None | K | T | Buy | 12/10/18 | K | | |
| 87. Van Eck Vectors Gold Miners | | None | K | T | Buy | 10/01/18 | K | | |
| 88. Volkswagen | | None | J | T | Buy | 12/03/18 | J | | |
| 89. Weyerhaeuser Co | A | Dividend | | | Buy (add'l) | 11/05/18 | J | | |
| 90. | | | | | Sold | 12/17/18 | J | | |
| 91. Williams Co. | A | Dividend | | | Sold | 11/05/18 | J | | |
| 92. III. Schwab SEP IRA | | | | | | | | | |
| 93. Apple Computer | A | Dividend | K | T | Sold (part) | 10/10/18 | J | | |
| 94. Baird Core Plus Bond Indust | B | Dividend | K | T | | | | | |
| 95. Baron Emerging Markets | | None | K | T | | | | | |
| 96. Glaxosmithkline | A | Dividend | | | Buy | 01/29/18 | J | | |
| 97. | | | | | Sold | 09/05/18 | J | | |
| 98. Schwab Cash Reserves Money Market Account | A | Dividend | J | T | | | | | |
| 99. Schwab Value Adv. Fd | | None | J | T | Buy | 11/30/18 | K | | |
| 100. | | | | | Sold (part) | 12/07/18 | J | | |
| 101. T Rowe Price Inst. | B | Dividend | L | T | | | | | |
| 102. IV. Schwab Living Trust | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DOMIX | C | Dividend | K | T | | | | | |
| 104. DSI | A | Dividend | L | T | | | | | |
| 105. PARMX | B | Dividend | K | T | | | | | |
| 106. PRBLX | C | Dividend | K | T | | | | | |
| 107. PXWIX | B | Dividend | K | T | | | | | |
| 108. SWZXX (Cash Reserves Money Market Fund) | A | Dividend | K | T | | | | | |
| 109. VFTSX | B | Dividend | L | T | | | | | |
| 110. Citibank Account | A | Interest | N | T | | | | | |
| 111. Northwestern Mutual Life Insurance Assets | | | | | | | | | |
| 112. Northwestern Mutual Life Annuity, fixed | A | Interest | M | T | | | | | |
| 113. Northwestern Mutual Life Children's Insurance, whole life | | None | N | T | | | | | |
| 114. Northwestern Mutual Life Children's Annuities, fixed | D | Distribution | L | T | | | | | |
| 115. Northwest Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 116. Chase Bank Accounts | A | Interest | O | T | | | | | |
| 117. Wells Fargo Bank Accounts | A | Interest | M | T | | | | | |
| 118. Provident Federal Credit Union | A | Interest | O | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 115: Northwest Mutual Life Insurance Trust-- no reportable assets in the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Susan Y. Illston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544